UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANZANIE BERREMAN,<br>    Plaintiff,<br>v.<br>MARTIN AUTO COLOR, INC.,<br>    Defendant. | Case No. 2:24-cv-02313-APG-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 10] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 10.

In violation of Local Rule 26-1(b), the discovery plan calculates the discovery cut-off from the date of the parties' Rule 26(f) conference rather than the date the first Defendant appeared.[1] *See* Docket No. 10 at 2.

Further, the discovery plan seeks an extended deadline for initial disclosures that 21 days after the Rule 26(f) conference. *Id*. However, the default deadline for initial disclosures is 14 days after the Rule 26(f) conference. Fed. R. Civ. P. 26(a)(1)(C), and the parties fail to justify their request for an extended deadline.

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 10. Case management deadlines are hereby **SET** as follows:

- Initial disclosures: April 2, 2025
- Amend pleadings/add parties: May 28, 2025
- Initial experts: June 27, 2025
- Rebuttal experts: July 28, 2025

---

[1] Defendant filed its answer on February 27, 2025. Docket No. 7. Case management deadlines will be calculated from that date.

1

- Discovery cutoff: August 26, 2025
- Dispositive motions: September 25, 2025
- Joint proposed pretrial order: October 27, 2025, 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: March 24, 2025

Nancy J. Koppe
United States Magistrate Judge