1  ELLEN JEAN WINOGRAD
   Nevada Bar No. 815
2  JESSICA L. BEELER
   Nevada Bar No. 15387
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   5555 Kietzke Lane, Suite 200
4  Reno, Nevada 89511
   Telephone: 775.399.6383
5  Email:  Ellen.Winograd@lewisbrisbois.com
           Jessica.beeler@lewisbrisbois.com
6
   Attorneys for Defendant
7  MARTIN AUTO COLOR, INC.

8

9

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12

13  TANZANIE BERREMAN, an individual,     Case No. 2:24-CV-02313-APG-NJK

            Plaintiff,
14
        vs.
15                                         **STIPULATION AND ORDER FOR
                                           EXTENSION OF TIME IN WHICH TO**
    MARTIN AUTO COLOR, INC., a California  **EXCHANGE INITIAL DISCLOSURES**
16  Corporation,

17          Defendant.

18

19      Defendant MARTIN AUTO COLOR, INC., by and through its attorneys of Lewis Brisbois

20  Bisgaard & Smith LLP, and Plaintiff Tanzanie Berreman ("Plaintiff"), by and through her counsel

21  of record, Greenberg Gross LLP, hereby stipulate that the time for the parties to share initial FRCP

22  26 disclosures will be extended to and including April 11, 2025.  The current deadline is April 2,

23  2025.

24      This request is made on the grounds that Defendant's counsel will be out of the office

25

26

27

28

155106331.1                               1

intermittently for medical reasons. This extension is requested in good faith and not for purposes of delay.[1]

Dated this 1st of April, 2025

GREENBERG GROSS LLP

/s/ Michael A. Burnette_____
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

Dated this 1st of April, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Ellen Jean Winograd_____
ELLEN JEAN WINOGRAD
Nevada Bar No. 815
JESSICA L. BEELER
Nevada Bar No. 15387
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 2, 2025

---

[1] Defendant's counsel ELLEN JEAN WINOGRAD, ESQ., will provide *in camera* physician information to this Court, but does not believe the reasons are appropriately made a part of this public record.