1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

6  TANZANIE BERREMAN,

7          Plaintiff,

8  v.

9  MARTIN AUTO COLOR, INC.,

10          Defendant.

11

Case No. 2:24-cv-02313-APG-NJK

**Order**

[Docket No. 16]

12          Pending before the Court is the parties' stipulation for an extension of time for Defendant
13  to respond to Plaintiff's written discovery.  Docket No. 16.  Unless such agreement interferes with
14  court proceedings or deadlines, parties may stipulate to discovery procedures without obtaining
15  judicial approval.  Fed. R. Civ. P. 29.  No showing has been made as to why judicial oversight is
16  required for the parties' agreement to extend time.   Accordingly, the parties' stipulation is
17  **DENIED** without prejudice.  Docket No. 16.

18          IT IS SO ORDERED.

19          Dated: May 6, 2025

20
21                                                          Nancy J. Koppe
                                                            United States Magistrate Judge
22
23
24
25
26
27
28