1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  JESSICA L. BEELER
   Nevada Bar No. 15387
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Blvd., Suite 600
4  Las Vegas, NV 89118
   Telephone: 702.893.3383
5  Email:  Josh.Aicklen@lewisbrisbois.com
           Jessica.Beeler@lewisbrisbois.com
6
   Attorneys for Defendant
7  MARTIN AUTO COLOR, INC.

8

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12

13  TANZANIE BERREMAN, an individual,        Case No. 2:24-CV-02313-APG-NJK

              Plaintiff,
14
        vs.                                  **STIPULATION TO STAY**
15                                           **PROCEEDINGS PENDING**
    MARTIN AUTO COLOR, INC., a California    **ARBITRATION**
16  Corporation,

17            Defendant.

18

19      Plaintiff TANZANIE BERREMAN ("Plaintiff"), by and through his attorneys of

20  Greenberg Gross LLP, and Defendant MARTIN AUTO COLOR, INC. ("Defendant"), by

21  and through its attorneys of Lewis Brisbois Bisgaard & Smith LLP, do hereby stipulate and

22  agree as follows:

23      WHEREAS, on July 18, 2018, Plaintiff agreed to arbitrate all employment-related disputes

24  arising out of or relating to Plaintiff's employment with Defendant (the "Agreement");

25      WHEREAS, on December 12, 2024, Plaintiff filed a Complaint in the United States

26  District Court, District of Nevada, in the above-captioned matter (the "Action"), containing six

27  claims for relief against Defendant [ECF No. 2];

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

161658466.2                                    1

WHEREAS, the claims alleged in the Action relate to Plaintiff's former employment with Defendant and fall within the scope of the Agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant as follows:

1.    The instant Action, in its entirety, shall be stayed and submitted to binding arbitration pursuant to the terms of the Agreement; and

2.    Plaintiff reserves all claims and causes of action he has against Defendant and nothing in this stipulation shall serve as a waiver of such claims and causes of action.

Dated this 18th of August, 2025

GREENBERG GROSS LLP

_/s/ Matthew Hale_
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

Dated this 18th of August, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/    Jessica Beeler_
JOSH COLE AICKLEN
Nevada Bar No. 7254
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

*Attorneys for Defendant*

ORDER

IT IS SO ORDERED:

Dated: August 19, 2025

_____
UNITED STATES DISTRICT COURT
JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

161658466.2

2