1  JEMMA E. DUNN
   Nevada Bar No. 16229
2  MATTHEW T. HALE
   Nevada Bar No. 16880
3  MICHAEL A. BURNETTE
4  Nevada Bar No. 16210
   **GREENBERG GROSS LLP**
5  1980 Festival Plaza Drive, Suite 730
   Las Vegas, Nevada 89135
6  Telephone: (702) 777-0888
   *JDunn@GGTriallaw.com*
7  *MHale@GGTriallaw.com*
   *MBurnette@GGTriallaw.com*
8
9  *Attorneys for Plaintiff*

10
                      **UNITED STATES DISTRICT COURT**
11                          **DISTRICT OF NEVADA**

12
13 | TANZANIE BERREMAN, an individual, | Case No.: 2:24-cv-02313-APG-NJK |
   |---|---|
14 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
15 | vs. | |
16 | MARTIN AUTO COLOR, INC., a California Corporation, | |
17 | | |
18 | Defendant. | |

Plaintiff Tanzanie Berreman ("Plaintiff"), by and through his counsel of record, the law firm of Greenberg Gross LLP, and Defendant Martin Auto Color, Inc. by and through its counsel of Record, the law firm of Lewis Brisbois Bisgaard & Smith LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal of Prejudice in this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated this 9th day of October, 2025.

| GREENBERG GROSS LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| */s/ Matthew T. Hale* <br> JEMMA E. DUNN <br> Nevada Bar No. 16229 <br> MATTHEW T. HALE <br> Nevada Bar No. 16880 <br> MICHAEL A. BURNETTE <br> Nevada Bar No. 16210 <br> 1980 Festival Plaza Drive, Suite 730 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Plaintiff* | */s/ Jessica L. Beeler* <br> JESSICA L. BEELER <br> Nevada Bar No. 15387 <br> 6385 S. Rainbow Blvd. <br> Las Vegas, NV 89118 <br><br> *Attorneys for Defendant* |

IT IS SO ORDERED:

Dated: October 13, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE